**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE:<br>**CAROL S WAGGENER**<br>　　　　　　**DEBTOR** | **CASE NO. 21-30346**<br>**CHAPTER 7** |

**RESPONSE TO TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY ZACHARY BRITT OF THE MOSER GROUP, INC. AND APPROVE LISTING AGREEMENT FOR SALE OF REAL PROPERTY**

**COMES NOW**, Wells Fargo bank, N.A., (herein, "Creditor") by and through undersigned counsel, and hereby responds to the Trustee's Application For Authority And Approval To Employ Zachary Britt Of The Moser Group, Inc. And Approve Listing Agreement For Sale Of Real Property filed on November 4, 2021 and in support thereof, shows unto the Court as follows:

1. On or about November 4, 2021, the Trustee filed a Trustee's Application For Authority And Approval To Employ Zachary Britt Of The Moser Group, Inc. And Approve Listing Agreement For Sale Of Real Property [Doc.28] (herein, the "Motion") requesting approval for the sale of certain real property located at 128 Wonderwood Dr, Charlotte, NC 28211 (herein, the "Real Property").

2. Creditor holds a security interest in the Real Property based upon the following:

    a. That certain Home Equity Account Agreement dated January 7, 2016, executed by Carol Waggener and in the original balance of $125,000.00.

3. Creditor does not oppose the sale of the Real Property provided that any order permitting the same provide for the following:

    a. That Creditor must receive payment in full of contractual balance of the Obligation.

    b. That the closing of such sale must be preceded by a proper and updated payoff quote provided by Creditor.

    c. In the event that a short payoff is requested, that the approval of such amount is subject to Creditor's final approval.

    d.  That the deadline for the sale closing and receipt of funds to Creditor should be within 90 days from the date of the Order.

**WHEREFORE**, based upon the foregoing, Creditor respectfully requests that any order permitting the sale of the Real Property condition the same upon the conditions set forth above and for any other relief the Court deems just and proper.

This 12th day of November, 2021.

    */s/ Gentry Collins*
    Gentry Collins
    (Bar No. 57135)
    Attorney for Creditor
    BROCK & SCOTT, PLLC
    8757 Red Oak Blvd Ste 150
    Charlotte, NC 28217-3977
    Telephone:  704-369-0676
    Facsimile:  704-369-0760
    E-Mail:  ncbkr@brockandscott.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE:<br>**CAROL S WAGGENER**<br>DEBTOR | **CASE NO. 21-30346**<br>**CHAPTER 7** |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response To Trustee's Application For Authority And Approval To Employ Zachary Britt Of The Moser Group, Inc. And Approve Listing Agreement For Sale Of Real Property has been electronically served or mailed, postage prepaid on November 12, 2021 to the following:

Via CM/ECF electronic notice:

Anna S Gorman, Esq.
521 E. Morehead St.
Suite 440
Charlotte, NC 28202
*Counsel for Debtor*

A. Burton Shuford
4700 Lebanon Road,
Suite #A-2
Mint Hill, NC 28227
*Chapter 7 Trustee*

U.S. Bankrtupcy Administrator Office
402 W. Trade Street, Suite 200
Charlotte, NC 28202
*U.S. Trustee*

Via First Class Mail:

CAROL S WAGGENER
819 TERRACE PARK
ROCK HILL, SC 29730-4222
*Debtor*

　　　　　　　　　　　　　　　　　　*/s/ Gentry Collins*
　　　　　　　　　　　　　　　　　　Gentry Collins
　　　　　　　　　　　　　　　　　　(Bar No. 57135)
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　8757 Red Oak Blvd Ste 150
　　　　　　　　　　　　　　　　　　Charlotte, NC 28217-3977
　　　　　　　　　　　　　　　　　　Telephone: 704-369-0676
　　　　　　　　　　　　　　　　　　Facsimile: 704-369-0760
　　　　　　　　　　　　　　　　　　E-Mail: ncbkr@brockandscott.com